*State, Respondent, v. Christen, Petitioner,* No. 74137-9. Petition for review of a decision of the Court of Appeals, No. 28188-1-II, May 6, 2003, 116 Wn. App. 827. *Denied* January 7, 2004.

*State, Respondent, v. Alexanderson, Petitioner,* No. 74143-3. Petition for review of a decision of the Court of Appeals, Nos. 49894-1-I, 51178-5-I, May 12, 2003, 116 Wn. App. 1067. *Denied* January 7, 2004.

*Harrison, Respondent, v. Crain, et al., Petitioners,* No. 74148-4. Petition for review of a decision of the Court of Appeals, No. 20739-1-III, May 8, 2003, 116 Wn. App. 1063. *Denied* January 7, 2004.

*Johnson, Petitioner, v. Country Doctor Cmty. Clinic, et al., Respondents,* No. 74149-2. Petition for review of a decision of the Court of Appeals, No. 50408-8-I, May 12, 2003, 116 Wn. App. 1069. *Denied* January 7, 2004.

*State, Respondent, v. Goodall, Petitioner,* No. 74155-7. Petition for review of a decision of the Court of Appeals, No. 50263-8-I, May 5, 2003, 116 Wn. App. 1061. *Denied* January 7, 2004.

*State, Respondent, v. Kamps, Petitioner,* No. 74161-1. Petition for review of a decision of the Court of Appeals, No. 20024-8-III, May 13, 2003, 116 Wn. App. 1073. *Denied* January 7, 2004.

*State, Respondent, v. Lunstrum, Petitioner,* No. 74166-2. Petition for review of a decision of the Court of Appeals, No. 21062-6-III, May 8, 2003, 116 Wn. App. 1064. *Denied* January 7, 2004.

*State, Petitioner, v. Myers, Respondent,* No. 74167-1. Petition for review of a decision of the Court of Appeals, No. 20936-9-III, May 27, 2003, 117 Wn. App. 93. *Denied* January 7, 2004.